STATE OF CONNECTICUT *v.* JEFFREY JACKSON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 93 Conn. App. 671 (AC 24910), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's jury instruction regarding proof beyond a reasonable doubt was constitutionally infirm?"

The Supreme Court docket number is SC 17646.

*Proloy K. Das,* assistant state's attorney, in support of the petition.

Decided April 7, 2006

MELVIN MITCHELL *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 93 Conn. App. 719 (AC 25164), is denied.

*Julia K. Conlin,* assistant state's attorney, in support of the petition.

*David B. Rozwaski,* special public defender, in opposition.